AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:13-CR- 484 (GTS) |
| | ) |
| CARL HEROLD | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CARL HEROLD                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Production of child pornography in violation of Title 18, United States Code, Section 2251(a).

Date:    12/19/2013
                                                                *Issuing officer's signature*

City and state:    Syracuse, New York                Hon. David E. Peebles, U.S. Magistrate Judge
                                                                *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                        *Arresting officer's signature* |
|                                                                                     *Printed name and title* |