IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:13-CR-484 (GTS) |
| | ) | |
| v. | ) | |
| | ) | |
| **CARL HEROLD,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count(s) 1 to 10 of Indictment No. 5:13-CR-484 (GTS) against Carl Herold, the defendant.

The reason(s) for this dismissal are (check one or more):

☐   Case transferred to another District

☐   Speedy Trial Act

☐   Defendant's cooperation

☐   Insufficient evidence at this time

☒   Other:   Carl Herold committed suicide on 12/3/2014 while incarcerated. A copy of the death certificate has been provided to the Court and to the Government.

With respect to this dismissal, defendant (check one):

☐   Consents

☐   Objects

☒   Has not been consulted

This dismissal is without prejudice.

Dated: March 3, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: *[signature]*
Lisa M. Fletcher
Assistant United States Attorney
Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this __3rd__ day of March, 2015.

*[signature]*
Hon. Glenn T. Suddaby
United States District Judge